HEATHER E. WILLIAMS, Bar #122664
Federal Defender
ERIC V. KERSTEN, Bar #226429
Assistant Federal Defender
Branch Chief, Fresno Office
2300 Tulare Street, Suite 330
Fresno, California  93721-2226
Telephone: (559) 487-5561

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 1:20-CR-00212 DAD-BAM-3 |
| Plaintiff, | |
| vs. | **APPLICATION AND ORDER APPOINTING CJA PANEL COUNSEL** |
| TERRY WHITED, | |
| Defendant, | |

Defendant Terry Whited, through the Federal Defender for the Eastern District of California, hereby requests appointment of counsel, our office has a conflict.

On November 12, 2020 an Indictment was filed charging Mr. Whited with conspiracy to distribute and possession with intent to distribute methamphetamine and possession with intent to distribute methamphetamine in violation of  21 U.S.C. §§ 846, 841 (a)(1), (b)(1)(A). Mr. Whited is currently in custody at FCI Sheridan with a release date of April 3, 2028. The government contacted our office about the need to arrange counsel for Mr. Whited in order to facilitate setting a date for his arraignment.

///

///

Therefore, after reviewing his Financial Affidavit it is respectfully recommended that CJA panel counsel be promptly appointed.

DATED:  October 27, 2021           */s/ Eric V. Kersten*
                                                              ERIC V. KERSTEN
                                                              Assistant Federal Defender
                                                              Branch Chief, Fresno Office

# **O R D E R**

Having satisfied the Court that the defendant Terry Whited is financially unable to retain counsel, the Court hereby appoints CJA panel counsel pursuant to 18 U.S.C. § 3006A.

IT IS SO ORDERED.

Dated:   **October 27, 2021**            /s/ *Barbara A. McAuliffe*
                                                         UNITED STATES MAGISTRATE JUDGE

-2-