MICHELE BECKWITH
Acting United States Attorney
STEPHANIE M. STOKMAN
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone:    (559) 497-4000
Facsimile:    (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO.  1:20-CR-00212-DAD-BAM-3 |
| Plaintiff, | STIPULATION; ORDER |
| v. | |
| TERRY WHITED, | |
| Defendant. | |

## STIPULATION

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1.    By previous order, this matter was set for status on July 14, 2025.

2.    By this stipulation, the parties now move to vacate and set an arraignment date in front of the Duty Magistrate Judge for July 18, 2025 at 2 p.m.

3.    The parties agree and stipulate, and request that the Court find the following:

    a)    Defendant is being transferred from a BOP facility to be arraigned on the above-captioned matter.

    b)    The parties are advised by the USMS that defendant will arrive in the district on July 17, 2025.

//

STIPULATION REGARDING EXCLUDABLE TIME
PERIODS UNDER SPEEDY TRIAL ACT

1

1        c)    Therefore, the parties request the matter be placed on the Duty Calendar for July

2    18, 2025, at 2 p.m. in Fresno and the status date of July 14, 2025, be vacated.

3    IT IS SO STIPULATED.

4

5    Dated:  July 9, 2025    MICHELE BECKWITH
     Acting United States Attorney

6

7    /s/ STEPHANIE M. STOKMAN
     STEPHANIE M. STOKMAN
     Assistant United States Attorney

8

9    Dated:  July 9, 2025    /s/ JOHN GARLAND

10    JOHN GARLAND
      Counsel for Defendant
11    TERRY WHITED

12

13

14

15

16

17    **FINDINGS AND ORDER**

18

19        IT IS SO ORDERED.

20    Dated:  **July 10, 2025**    _____
                                    DALE A. DROZD
21                                  UNITED STATES DISTRICT JUDGE

22

23

24

25

26

27

28

STIPULATION REGARDING EXCLUDABLE TIME    2
PERIODS UNDER SPEEDY TRIAL ACT