KIMBERLY A. SANCHEZ
Acting United States Attorney
STEPHANIE M. STOKMAN
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>    v.<br><br>TERRY WHITED,<br><br>                Defendant. | CASE NO. 1:20-CR-00212<br><br>STIPULATION; ORDER |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for arraignment on July 18, 2025.

2. By this stipulation, the parties now move to continue the arraignment date until July 30, 2025 at 2 p.m.

3. The parties agree and stipulate, and request that the Court find the following:

    a) Defendant is being transferred from a BOP facility to be arraigned on the above-captioned matter.

    b) The parties are advised by the USMS that defendant will not arrive in the district on July 17, 2025, as originally believed, but will arrive on July 29, 2025.

//

STIPULATION REGARDING EXCLUDABLE TIME
PERIODS UNDER SPEEDY TRIAL ACT

1

c) Therefore, the parties request the matter be placed on the duty calendar for July 30, 2025 at 2 p.m. and the status date of July 14, 2025 be vacated.

IT IS SO STIPULATED.

Dated: July 16, 2025

KIMBERLY A. SANCHEZ
Acting United States Attorney

/s/ STEPHANIE M. STOKMAN
STEPHANIE M. STOKMAN
Assistant United States Attorney

/s/ JOHN GARLAND

Dated: July 16, 2025

JOHN GARLAND
Counsel for Defendant
TERRY WHITED

**FINDINGS AND ORDER**

For the reasons set forth in the parties' stipulation, the status date of July 14, 2025 shall be vacated and the matter shall be placed on the duty calendar for July 30, 2025 at 2 p.m.

IT IS SO ORDERED.

Dated: __**July 16, 2025**__

/s/ *Erica P. Grosjean*
UNITED STATES MAGISTRATE JUDGE

STIPULATION REGARDING EXCLUDABLE TIME
PERIODS UNDER SPEEDY TRIAL ACT

2