1  ERIC GRANT
United States Attorney
2  STEPHANIE M. STOKMAN
Assistant United States Attorney
3  2500 Tulare Street, Suite 4401
Fresno, CA 93721
4  Telephone: (559) 497-4000
Facsimile: (559) 497-4099
5
Attorneys for Plaintiff
6  United States of America

7
IN THE UNITED STATES DISTRICT COURT
8
EASTERN DISTRICT OF CALIFORNIA
9

10  UNITED STATES OF AMERICA,            CASE NO. 1:20-CR-00212

11                Plaintiff,             GOVERNMENT MOTION TO DISMISS AND
                                         ORDER
12        v.

13  TERRY WHITED,

14                Defendant.

15

16      The United States of America, by and through its undersigned counsel, hereby moves for

17  dismissal of the above-captioned matter as to defendant Terry Whited. Terry Whited was charged by

18  Complaint and subsequently by Indictment in 2020. At the time, he was serving a prison sentence on a

19  related case from the District of Idaho. Defendant did not receive notice of the current charges, and was

20  not transported to the Eastern District of California to be arraigned on the charges for approximately five

21  years. Additionally, the United States Attorney's Office has indicated on numerous occasions that the

22  sentence in this matter, if defendant were to be convicted, would run concurrent to the sentence

23  defendant is currently serving from the District of Idaho. Defendant's date of release is scheduled for

24  April 2028.

25      Given the time it took for defendant to be notified of the current charges, and the fact that his

26  sentence would run concurrent to his pending sentence with an out date less than three years from now,

27  the government believes that it is in the interest of justice to return defendant to the Bureau of Prisons

28  facility from which he was transported and allow him to serve the remainder of time on the sentence

MOTION TO DISMISS AND ORDER

obtained in the related matter.

Accordingly, the government moves to dismiss this matter as to defendant Terry Whited.

Dated: November 13, 2025

ERIC GRANT
United States Attorney

By: */s/ STEPHANIE M. STOKMAN*
STEPHANIE M. STOKMAN
Assistant United States Attorney

**O R D E R**

IT IS SO ORDERED.

Dated: **November 14, 2025**

*Dale A. Drozd*
DALE A. DROZD
UNITED STATES DISTRICT JUDGE

MOTION TO DISMISS AND ORDER